**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANCIS ASSIFUAH,

                Plaintiff,

      -against-                                 20 **CIVIL** 5050 (AT)

                                                     **<u>JUDGMENT</u>**

REUVEN L. COHEN, ESQ;
WILLIAMS COHEN LLP,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 12, 2022, Defendants' motion to dismiss is GRANTED and the case is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      October 12, 2022

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                         **Clerk of Court**

                             **BY:**      *K. Mango*

                                                         _____
                                                          **Deputy Clerk**